**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **HEATHER HARRISON**, individually and on behalf of all similarly situated )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AFFORDABLE HOME CARE, LLC** )<br>)<br>)<br>Defendant. ) | Civil Action No. 1:16-CV-2371<br><br>Hon. Sarah Evans Barker<br>Hon. Matthew P. Brookman<br><br>**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS PURSUANT TO THE FED. R. CIV. P. 55(b)** |

Heather Harrison ("Harrison" or "Plaintiffs") and Cathy Dickens ("Dickens" or "Plaintiffs"), by and through their attorneys, pursuant to Fed. R. Civ. P. 55(b), hereby moves for a judgment by default against Affordable Home Care, LLC ("Defendant") on all claims for relief in the Complaint and all attorneys' fees and costs due to Defendant's failure to answer or otherwise defend this action. Plaintiffs state as follows:

1. On September 2, 2016, Harrison filed her Complaint. *See* Dkt. No. 1.

2. Dickens filed her Consent to Sue and became an Opt-in Plaintiff to this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) on September 2, 2016. *See* Dkt. No. 4.

3. Plaintiffs served Defendant the Summons and Complaint on October 26, 2016.[1] *See* Dkt. No. 14.

---

[1] Plaintiffs' motion and supporting brief and exhibits for conditional certification were filed with on October 20, 2016. *See* Dkt. Nos. 12 & 13. Plaintiffs served Defendant with the filings in addition to the Summons and Complaint on October 26, 2016. *See* Dkt. No. 14. To date, Defendant failed to respond to the motion and the Court has not ruled on the conditional certification. Plaintiffs are not moving to withdraw the motion in case Defendant responds to this Motion. If Defendant responds, Plaintiffs requests the Court immediately enter an order granting conditional certification and compelling Defendant to comply. *See* Dkt. Nos. 15-17.

4. On May 11, 2017, the Clerk's Entry of Default was entered pursuant to Fed. R. Civ. P. 55(a). *See* Dkt. No. 20.

5. Defendants failed to plead or otherwise defend against Plaintiffs' claims, and Plaintiffs are entitled to entry of default judgment on all claims for relief in the Complaint and all attorneys' fees and costs pursuant to Fed. R. Civ. P. 55(b).

6. Plaintiffs' damages and attorneys' fees and costs are fully set out in Plaintiffs' Supporting Brief and Submission of Evidence, filed contemporaneously with this Motion.

7. Plaintiff Harrison moves the Court to enter Judgment in her favor and against Defendant in the amount of $15,778.76, plus attorneys' fees and costs.

8. Plaintiff Dickens moves the Court to enter Judgment in her favor and against Defendant in the amount of $16,404.12, plus attorneys' fees and costs.

9. Plaintiffs move the Court to award attorneys' fees in the amount of $32,237.50 and costs in the amount of $718.52.[2]

WHEREFORE, given Defendant's failure to answer or otherwise defend this action, Plaintiffs, Heather Harrison and Cathy Dickens, respectfully request that the Court enter judgment in their favor against Defendant, Affordable Home Care, LLC, their successors, assigns, affiliates, and parent or other related corporations or entities in the total amount of $65,138.90.

---

[2] A supplemental declaration in support of attorneys' fees and costs will be submitted by Hovde, Dassow & Deets, LLC in connection with their role as local counsel in this case by the end of this week and will slightly increase the total amount of fees and costs requested. Additionally, as mentioned in the support brief and submission of evidence, should additional fees and costs be incurred (i.e. if Plaintiffs' Counsel is required to come to the Court to argue this Motion), Plaintiffs will request the Court allow them to supplement the fee and cost amount and include the reasonable time and costs incurred in support of this Motion.

Date: <u>September 11, 2017</u>                    Respectfully submitted,

/s/ Molly E. Nephew
Molly E. Nephew
MN Bar No. 0397607 *(Pro Hac Admitted)*
Jacob R. Rusch
MN Bar No. 0391892 *(Pro Hac Admitted)*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
mnephew@johnsonbecker.com
jrusch@johnsonbecker.com

*Trial Counsel for Plaintiff*

Robert T. Dassow, Esq.#15145-64
William F. Eckhart, Esq. #37575-49
HOVDE DASSOW & DEETS, LLC
Meridian Tower
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2017, I electronically filed the foregoing Motion for Default Judgment and Attorneys' Fees and Costs Pursuant to the Fed. R. Civ. P. 55(b) with the Clerk of the Court by using the CM/ECF system. As Defendant has failed to appear, the filing did not send notification of such filing to Defendant. Accordingly, I hereby certify that on the 11th day of September, 2017, I submitted a copy of the foregoing to Metro Legal Services for services of process to the following:

Hahn G. March
1833 W. Grove Road
Centerville, Indiana, 47330
*Registered Agent for Defendant*

AND/OR

Affordable Home Care
Attn: Registered Agent, Officer of Affordable Home Care, or Managing Agent
2013 Chester Blvd.
Richmond, IN 47374

/s/ Molly E. Nephew
Molly E. Nephew
**JOHNSON BECKER, PLLC**