IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **HEATHER HARRISON**, individually and on behalf of all similarly situated )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AFFORDABLE HOME CARE, LLC** )<br>)<br>)<br>Defendant. ) | Civil Action No. 1:16-CV-2371<br><br>Hon. Sarah Evans Barker<br>Hon. Matthew P. Brookman |

**[PROPOSED] ORDER GRANTING
DEFAULT JUDGMENT AGAINST AFFORDABLE HOME CARE, LLC**

The Plaintiffs, Heather Harrison ("Harrison") and Cathy Dickens ("Dickens"), having moved for a default judgment on all claims for relief and all attorneys' fees and costs against Defendant, Affordable Home Care, and the Court, having reviewed the motion and being duly advised in the premises, now finds that Defendant is in default for failing to plead or otherwise defend against Plaintiffs' Complaint, and that in view of the default of Defendant, JUDGMENT is hereby ENTERED IN FAVOR OF Plaintiffs Heather Harrison and Cathy Dickens and AGAINST Defendant Affordable Home Care as follows:

1. JUDGMENT is hereby ENTERED IN FAVOR OF Plaintiff Heather Harrison and AGAINST Defendant Affordable Home Care for unpaid overtime compensation of $7,889.38 and liquidated damages of $7,889.38, totaling $15,778.76;

2. JUDGMENT is hereby ENTERED IN FAVOR OF Plaintiff Cathy Dickens and AGAINST Defendant Affordable Home Care for unpaid overtime compensation of $8,202.06 and liquidated damages of $8,202.06, totaling $16,404.12;

3. The Court further awards Plaintiffs their reasonable attorneys' fees of $32,237.50 and costs of $718.52 to Plaintiffs' trial attorneys' Johnson Becker, PLLC; and

4. $_____ in fees and $_____ in costs to Plaintiffs' local counsel, Hovde, Dassow & Deets, LLC.

IT IS SO ORDERED this _____ day of _____, 2017.

_____
Hon. Sarah Evans Barker
Hon. Matthew P. Brookman
United States District Court
Southern District of Indiana

**Distribution via ECF to all counsel of record**:

Jacob R. Rusch
Molly E. Nephew
JOHNSON BECKER, PLLC
jrusch@johnsonbecker.com
mnephew@johnsonbecker.com

Robert Thomas Dassow
HOVDE DASSOW & DEETS LLC
rdassow@hovdelaw.com

**Distribution via U.S. Mail**:

Hahn G. March
1833 W. Grove Road
Centerville, Indiana, 47330
*Registered Agent for Defendant*

    AND/OR

Affordable Home Care
Attn: Registered Agent, Officer of Affordable Home Care, or Managing Agent
2013 Chester Blvd.
Richmond, IN 47374