IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **HEATHER HARRISON**, individually and on behalf of all similarly situated <br><br> Plaintiff, <br><br> v. <br><br> **AFFORDABLE HOME CARE, LLC** <br><br> Defendant. | Civil Action No. 1:16-CV-2371 <br><br> **DECLARATION OF HEATHER HARRISON** |

I, HEATHER HARRISON, do hereby swear, affirm, and attest as follows:

1. I am over 18 years of age and a Named-Class Representative in this case. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would do so to the same effect.

2. I worked for Affordable Home Care, LLC ("AHC") as a Caregiver from, on or around July 15, 2015 through on or around August 17, 2016.

3. As a Caregiver, my typical job duties included general household work including, but not limited to, doing the laundry; sweeping and mopping the floors; laundering bed linens, deep cleaning the bed, and remaking the bed daily; washing dishes; cleaning the kitchen; cleaning the bathroom; cleaning the bedroom; and any heavy cleaning as needed, such as oven cleaning or cleaning the fridge and freezer. I spent approximately 50-percent of my total weekly hours performing household work. My primary job duties as a Caregiver also included direct care work including, but not limited to, bathing, grooming, and dressing the client; changing the client's diaper when needed and toileting the client when possible; meal preparation and hand-feeding the client; performing leg exercises and oral care on the client; and repositioning the client every two hours. I performed approximately 50-percent

1

of my total weekly hours performing direct care services.

4. When I first started working for AHC, I was scheduled from 6:00 p.m. to 6:00 a.m., 5 days per week. Approximately, one month into my employment, my scheduled changed as such that I no longer had a "typical" schedule. I do not have weekly schedules or time sheets in my possession evidencing my hours worked each workweek.

5. Throughout my employment, I regularly worked 5 to 7 days per workweek, more than 40 hours per workweek. In fact, regularly worked at least 60 hours per workweek—sometimes in excess of 100 hours per workweek.

6. Upon reviewing my paystubs, my rate of pay when I first began working for AHC was $9.00 per hour plus $1.00 per hour for being on time for my shifts. On January 16, 2016, AHC changed my rate of pay to $10.00 per hour plus $1.00 per hour for being on time for my shifts.

7. AHC never compensated me overtime at one and one-half times my hourly rate when I worked more than 40 hours per workweek. Instead, I was paid my straight hourly rate for all hours worked.

8. I observed and talked to other Caregivers that experienced the same lack of overtime compensation from AHC that I experienced. They also performed the same non-exempt job duties as Caregivers that I performed and were subject to AHC's illegal policy of paying for hours worked in excess 40 per workweek at our regular hourly rates.

9. I have access to all of my paystubs from throughout my employment with AHC. My paystubs show I was paid semi-monthly and my pay periods were calculated from the first of the month to the 15th and the 16th of the month to the last day of the month. My paystubs show my total number of hours worked per pay period. My paystubs show I was paid my

regular rate of pay for all hours worked.

10. I have provided all my paystubs to Johnson Becker, PLLC to input into a spreadsheet to calculate my reasonable damages. I have reviewed the *Harrison Computation of Damages*, attached to the *Declaration of Molly E. Nephew*, as Ex. D.

11. I believe the calculation of my unpaid overtime as $7,889.38 to be reasonably accurate according to my recollection.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Jul 6, 2017                                          *Heather Harrison*
                                                                   Heather Harrison (Jul 6, 2017)
             Date                                                 Heather Harrison

3